MARIE BOWER, RESPONDENT, v. METAL COMPOUND CORPORATION, APPELLANT.

Submitted February 17, 1939—Decided April 21, 1939.

For the respondent, *Braff & Lilvak.*

For the appellant, *Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.